**Sheila A. BELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43031.**

Missouri Court of Appeals, Western District.

Oct. 23, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 1990.

Application to Transfer Denied Jan. 9, 1991.

David S. Durbin, Appellate Defender, Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, J.P., and FENNER and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).